MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

HARTLEY M. K. WEST  (CABN 191609)
Assistant United States Attorney
   450 Golden Gate Ave., Box 36055
   San Francisco, California 94102
   Telephone:  (415) 436-7200
   Fax: (415) 436-7234
   E-Mail: hartley.west@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ANDREW CHOJECKI, ) <br> AARON GOLDSMITH, ) <br> BEATA SZKOP, ) <br> PAWEL KAROLAK, ) <br> VITO SCHERMA, ) <br> HECTOR VARGAS, and ) <br> MALGORZATA ZUK ) <br> ) <br> Defendants. ) <br> _____ ) | No. CR 12-855 WHA <br><br> [~~PROPOSED~~] ORDER EXCLUDING TIME FROM JANUARY 22, 2013, TO FEBRUARY 12, 2013 |

     Defendants Andrew CHOJECKI, Beata SZKOP, Pawel KAROLAK, Hector VARGAS, and Malgorzata ZUK, represented by counsel, and the government, represented by Assistant United States Attorney Hartley West, appeared before the Court on January 22, 2013, for a status hearing.  The parties and the Court agreed to continue the matter three weeks to February 12, 2013 for status to allow counsel for defendant CHOJECKI to review discovery that the government had produced on January 16, the date of CHOJECKI's initial appearance and appointment of counsel in this district, and to allow the government and counsel for the other

ORDER EXCLUDING TIME
CR 12-855 WHA

defendants to determine if a pretrial resolution is appropriate. The parties and the Court further agreed that it is appropriate to exclude the time between January 22 and February 12, 2013, under the Speedy Trial Act for effective preparation of the defense, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). Additionally, the Court finds that the ends of justice served by excluding this time from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.

      Therefore, IT IS HEREBY ORDERED that the time between January 22, 2013, and February 12, 2013, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

DATED: January 28, 2013.

_____
HON. WILLIAM H. ALSUP
United States District Judge

STIPULATED AS TO FORM:

DATED:	January 24, 2013

      /s/
ED SWANSON
Counsel for Andrew Chojecki

DATED:	January 24, 2013

      /s/
LAUREL HEADLEY
Counsel for Hector Vargas

DATED:	January 24, 2013

      /s/
GEOFFREY HANSEN
Counsel for Beata Szkop

DATED:	January 24, 2013

      /s/
ETHAN A. BALOGH
Counsel for Pawel Karolak

DATED:	January 24, 2013

      /s/
TIMOTHY CRUDO
Counsel for Malgorzata Zuk

DATED:	January 24, 2013

      /s/
HARTLEY WEST
Assistant United States Attorney