MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

HARTLEY M. K. WEST  (CABN 191609)
Assistant United States Attorney
   450 Golden Gate Ave., Box 36055
   San Francisco, California 94102
   Telephone:  (415) 436-7200
   Fax: (415) 436-7234
   E-Mail: hartley.west@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 12-855 WHA |
| ) | |
| Plaintiff, ) | |
| ) | [PROPOSED] ORDER EXCLUDING |
| v. ) | TIME FROM FEBRUARY 12, 2013, TO |
| ) | MARCH 26, 2013 |
| ANDREW CHOJECKI, ) | |
| AARON GOLDSMITH, ) | |
| BEATA SZKOP, ) | |
| PAWEL KAROLAK, ) | |
| VITO SCHERMA, ) | |
| HECTOR VARGAS, and ) | |
| MALGORZATA ZUK ) | |
| ) | |
| Defendants. ) | |

     Defendants Andrew CHOJECKI, Beata SZKOP, Pawel KAROLAK, Hector VARGAS, and Malgorzata ZUK, represented by counsel, and the government, represented by Assistant United States Attorney Hartley West, appeared before the Court on February 12, 2013, for a status hearing.  At the hearing, defense attorney Jacek Lentz substituted in as counsel for defendant CHOJECKI.  Based on Mr. Lentz's request for time to review the discovery and his intervening two week vacation, all parties and the Court agreed to continue the matter six weeks to March 26, 2013, for trial setting.  The parties and the Court further agreed that it is appropriate

ORDER EXCLUDING TIME
CR 12-855 WHA

to exclude the time between February 12 and March 26, 2013, under the Speedy Trial Act for continuity of counsel and for effective preparation of the defense, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). Additionally, the Court finds that the ends of justice served by excluding this time from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.

Therefore, IT IS HEREBY ORDERED that the time between February 12, 2013, and March 26, 2013, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

DATED: February 14, 2013.

_____
HON. WILLIAM H. ALSUP
United States District Judge

STIPULATED AS TO FORM:

DATED: February 13, 2013

/s/
JACEK W. LENTZ
Counsel for Andrew Chojecki

DATED: February 13, 2013

/s/
LAUREL HEADLEY
Counsel for Hector Vargas

DATED: February 13, 2013

/s/
GEOFFREY HANSEN
Counsel for Beata Szkop

DATED: February 13, 2013

/s/
ETHAN A. BALOGH
Counsel for Pawel Karolak

DATED: February 13, 2013

/s/
TIMOTHY CRUDO
Counsel for Malgorzata Zuk

DATED: February 13, 2013

/s/
HARTLEY M. K. WEST
Assistant United States Attorney

ORDER EXCLUDING TIME
CR 12-855 WHA                                       -2-