LAW OFFICES OF JACEK W. LENTZ
Jacek W. Lentz (State Bar No. 213198)
jlentz@jaceklentz.com
Jackie-Lynn Adams (State Bar No. 266807)
jackie@ladefender.com
1055 Wilshire Blvd., Suite 1996
Los Angeles, CA 90017
Telephone: (213) 250 - 9200
Facsimile: (213) 250 - 9161

Attorneys for Defendant
ANDREW CHOJECKI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br><br>ANDREW CHOJECKI, et al.,<br><br>Defendant(s). | No. CR 12 855 WHA<br><br>[PROPOSED] ORDER PERMITTING DEFENDANT ANDREW CHOJECKI TO TRAVEL ABROAD<br><br><br><br>**Hon. William H. Alsup** |

The Court having read and considered the attached Stipulation, and good cause having been shown,

**IT IS ORDERED** that Defendant Andrew Chojecki be permitted to leave for and stay in Poland during the term of the Court-ordered supervision. The offender is not required to report in person to the Probation Office while residing outside of the United States; however, within 72 hours of release from any reentry to the United States during the period of Court-ordered supervision, the offender shall report for instructions to the United States Probation Office, located at: United States Court House, 312 North Spring Street, Room 600, Los

**ORDER PERMITTING DEFENDANT CHOJECKI TO TRAVEL ABROAD** -1-

1  Angeles, California 90012.  While abroad, the offender is required to maintain contact with
2  the Probation Office once a month by either mail or email, as specified by the Probation
3  Office.  The offender shall comply with the immigration rules and regulations of the United
4  States, and if deported from this country, either voluntarily or involuntarily, not reenter the
5  United States illegally.

7  Dated: __March 10__, 2014.  _____
8                                                    Judge of the United States District Court